Lodged Order

JOHN YZURDIAGA
Attorney at Law
State Bar No. 49031
800 Wilshire Boulevard, Suite 1510
Los Angeles, California 90017
Telephone: (213) 622-9262
Facsimile: (213) 622-0445
Email: johnxyz@sbcglobal.net

LAWRENCE A. FORBES
Attorney at Law
State Bar No. 70863
670 South LaFayette Park Place
Los Angeles, CA 90057-3250
Telephone: (213) 388-2211
Facsimile: (213) 388-2251
Email: L.Forbes@wbflawfirm.com

Attorneys for Defendant
RAUL ROBLEDO

FILED
2005 SEP 26 PM 2:13
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAFAEL YEPIZ, et al.,<br><br>Defendants. | CASE NO.: CR 05-00578-JFW<br><br>DEFENDANT RAUL ROBLEDO'S NOTICE OF JOINDER AND JOINDER IN DEFENDANT HORACIO YEPIZ'S UNOPPOSED *EX PARRTE* APPLICATION FOR EXTENSION OF TIME TO COMPLY WITH COURT'S ORDER OF AUGUST 10, 2005 RE SUBMISSION OF PRELIMINARY BUDGET; DECLARATION OF JOHN YZURDIAGTA |

Defendant Raul Robledo, by and through his attorneys of record, John Yzurdiaga and Lawrence A. Forbes, hereby joins in Defendant Horacio Yepiz's Unopposed *Ex Parte* Application for Extension of Time to Comply with Court's Order of August 10, 2005, Re Submission of Preliminary Budget.

//

//

DOCKETED ON CM
SEP 28 2005

518

Defendant Robledo's joinder is supported by the attached Declaration of John Yzurdiaga.

Respectfully submitted,

JOHN YZURDIAGA
LAWRENCE A. FORBES

Dated: September 23, 2005

By: JOHN YZURDIAGA
Attorneys for Defendant
RAUL ROBLEDO

**DECLARATION OF JOHN YZURDIAGA**

I, JOHN YZURDIAGA, declare:

1. I am an attorney licensed to practice law before all of the courts of the State of California and am a member of the Bar of this Court. Lawrence A. Forbes and I are appointed to represent Raul Robledo pursuant to the Criminal Justice Act, and I submit this declaration in support of Mr. Robledo's joinder in Defendant Horacio Yepiz's Unopposed *Ex Parte* Application for Extension of Time to Comply with Court's Order of August 10, 2005, Re Submission of Preliminary Budget.

2. Mr. Forbes and I have not had adequate time to review the materials provided by the government to make a reasonably accurate budget estimate.

3. Mr. Forbes has been engaged in the retrial in the case of *People v. Michael Chia*, Los Angeles Superior Court, Northeast District (Pasadena) Case No. A576188. The *Chia* case involves a defendant charged with the murder of a DEA agent during a sting operation that occurred approximately 25 years ago.

4. I was engaged in trial in the case of *People v. Eric Laquince Brown*, Los Angeles Superior Court, Central District, Case No. BA 285227, from September 15 through 21, 2005, including read-backs and the taking of the verdict.

5. As earlier stated, neither Mr. Forbes nor I have had time to adequately review the discovery provided thus far, which includes the Martha Puebla Murder Book which we received from CopyPro on September 15, 2005.

6. Mr. Forbes and I have discussed retaining a mitigation specialist and are in the process of having an investigator

appointed; however, we cannot estimate the extent of investigation and the complexity of the mitigation investigation that may be required.

7. With regard to expert witnesses, at this stage we are not able to estimate what experts may be required.

8. It is respectfully requested that the Court extend the time within which to comply with the Court's Order to submit a preliminary budget to October 31, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 22, 2005, at Los Angeles, California.

JOHN YZURDIAGA

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 800 Wilshire Boulevard, Suite 1510, Los Angeles, California 90017.

On September 23, 2005, I served the foregoing document described as **Defendant Raul Robledo's Notice of Joinder and Joinder in Defendant Horacio Yepiz's Unopposed *Ex Parte* Application for Extension of Time to Comply with Court's Order of August 10, 2005 Re Submission of Preliminary Budget; Declaration of John Yzurdiaga** on all interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Mark A. Young
Peter A. Hernandez
Assistant United States Attorneys
1400 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012
T: (213) 894-6527/6681
F: (213) 894-0142

**BY PERSONAL SERVICE**: I caused said envelopes to be delivered by hand to the offices of the addressees.

**XXX** **BY MAIL**: I deposited said envelopes with the United States Postal Service at Los Angeles, California. The envelopes were mailed with postage thereon fully prepaid.

**BY FEDEX**: I caused said envelopes to be delivered via FedEx for next business day delivery to the addressee.

**BY FACSIMILE TRANSMISSION**: I transmitted said document by facsimile at approximately ____:____ ____.m., on ____________________, from (213) 622-0445. True and correct copies of the transmission reports are attached hereto.

**FEDERAL**: I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

Executed on August 26, 2005, at Los Angeles, California.

Staci J. Momii